# TRANSMITTAL SHEET FOR FRBP 9033 OBJECTION

*If transmitting an Adversary matter, complete the following section:*

**Adversary Case # :**

**Related Bankruptcy Case #:**

**District Court Civil Action #:**

**Deputy Clerk Transferring Case:**

**Nature of Suit:**

**Cause of Transmittal:**

**Parties:**

**Name of Plaintiff's Counsel:**

**Name of Defendant's Counsel:**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Notes: On 8/6/2015, BK transmitted Responses (BK Docket #272 & #274).  However, BK neglected to send the actual Order (BK Docket #265) and the Objection (BK Docket #266) that these responses related to, which are now being attached to this Transmittal Sheet.