# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN MEDIA, INC., BAUER MAGAZINE L.P., BAUER PUBLISHING COMPANY, L.P., HEINRICH BAUER NORTH AMERICA, INC., HEINRICH BAUER PUBLISHING, L.P., CURTIS CIRCULATION COMPANY, LLC, KABLE DISTRIBUTION SERVICES, INC., and TIME WARNER RETAIL SALES & MARKETING, INC., on behalf of ANDERSON NEWS, LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>ANDERSON MANAGEMNT SERVICES, INC., ANDERSON MEDIA CORPORATION, ANDERSON NEWS COMPANY SOUTHWEST, LLC, ANDERSON SERVICES, LLC, BROOKVALE HOLDINGS, LLC, DISPLAY SERVICES, INC., FIRST MEDIA CAPITAL CORPORATION, MSOLUTIONS, LLC, PROLOGIX DISTRIBUTION SERVICES EAST, LLC and TWIN RIVERS TECHNOLOGY GROUP, LLC, <br><br>Defendants. | Civil Action No.  15-mc-199-LPS <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Bankruptcy Case No. 09-10695 (CSS) <br><br>Adv. Proc. No.  11-53811 (CSS) |

**MOTION TO RECONSIDER THE AUGUST 20, 2015 MEMORANDUM ORDER (D.I. 6) DISMISSING THE JULY 15, 2015 OBJECTION MADE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9033(b) AND DENYING THE JULY 21, 2015 CONDITIONAL MOTION TO ALLOW INTERLOCUTORY APPEAL OF THE JULY 8, 2015 ORDER OF THE BANKRUPTCY COURT**

Pursuant to Federal Rule of Civil Procedure 59(e) and other applicable law, Anderson Media Corporation, Anderson News Company Southwest, LLC, Anderson Services, LLC, Brookvale Holdings, LLC, and First Media Capital Corporation (collectively, the "**Rule 9033 Objectors**" or "**Movants**") file this *Motion To Reconsider The August 20, 2015 Memorandum Order Dismissing The July 15, 2015 Objection Pursuant To Federal Rule Of Bankruptcy*

*Procedure 9033(b) and Denying The Conditional Motion to Allow Interlocutory Appeal Of The July 8, 2015 Order Of the Bankruptcy Court* (the "**Reconsideration Motion**"). A memorandum of law in support of the Reconsideration Motion is submitted herewith.

Dated: September 2, 2015  
Wilmington, Delaware

*/s/ Domenic E. Pacitti*

**KLEHR HARRISON HARVEY & BRANZBURG LLP**
Domenic E. Pacitti (Bar No. 3989)
919 Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone:    (302) 552-5511
Facsimile:    (302) 426-9193

Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 568-6060
Facsimile: (215) 568-6603

– and –

ALSTON & BIRD LLP
Grant T. Stein
David A. Wender
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel to Anderson Media Corporation, Anderson News Company Southwest, LLC, Anderson Services, LLC, Brookvale Holdings, LLC, and First Media Capital Corporation*